In The
# United States Court of Appeals
For The Fourth Circuit

## KIERAN RAVI BHATTACHARYA,

*Plaintiff – Appellant*,

v.

**JAMES B. MURRAY, JR., in his official capacity as Rector of the Board of Visitors of the University of Virginia; WHITTINGTON W. CLEMENT, in his official capacity as Vice Rector of the Board of Visitors of the University of Virginia; ROBERT M. BLUE; MARK T. BOWLES; L. D. BRITT, M.D., M.P.H.; FRANK M. CONNER, III; ELIZABETH M. CRANWELL; THOMAS A. DEPASQUALE; BARBARA J. FRIED; JOHN A. GRIFFIN; LOUIS S. HADDAD; ROBERT D. HARDIE; MAURICE A. JONES; BABUR B. LATEEF, M.D.; ANGELA HUCLES MANGANO; C. EVANS POSTON, JR.; JAMES V. REYES, in his official capacity as Member of the Board of Visitors of the University of Virginia; PETER C. BRUNJES, in his official capacity as Member of the Board of Visitors of the University of Virginia; MELISSA FIELDING, in her official capacity as Deputy Chief of Police of the University of Virginia; JOHN J. DENSMORE, M.D., Ph.D., in his official capacity as Associate Dean for Admissions and Student Affairs of the University of Virginia School of Medicine; JIM B. TUCKER, M.D., in his official capacity as Chair of the Academic Standards and Achievement Committee of the University of Virginia School of Medicine; CHRISTINE PETERSON, M.D., Assistant Dean for Medical Education of the University of Virginia School of Medicine; EVELYN R. FLEMING; CARLOS M. BROWN; LEWIS FRANKLIN (L. F.) PAYNE, JR.,**

*Defendants – Appellees.*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA AT CHARLOTTESVILLE

### JOINT APPENDIX
### VOLUME VII OF VII – MEDIA
### (Page 2836)

| | |
|---|---|
| Michael J. Lockerby | Lucas W.E. Croslow |
| FOLEY & LARDNER LLP | Andrew N. Ferguson |
| 3000 K Street, NW, Suite 600 | Erika L. Maley |
| Washington, DC 20007 | OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA |
| (202) 945-6079 | 202 North 9th Street |
| | Richmond, Virginia 23219 |
| | (804) 786-7704 |
| *Counsel for Appellant* | *Counsel for Appellees* |

# TABLE OF CONTENTS

**VOLUME ONE**

District Court Docket Sheet ...................................................................................JA1

Plaintiff's Complaint,
With Exhibits,
    Filed September 16, 2019 ........................................................................JA85

    <u>Exhibits</u>:

    1.    Social Issues in Medicine Agency Evaluation of Student
            Undated .................................................................JA134

    2.    Student Performance Evaluation
            Dated September 12, 2016.................................................JA135

    3.    Student Performance Evaluation
            Dated August 1, 2016 through December 18, 2016 ..........JA140

    4.    University of Virginia Official Withdrawal Form
            Dated February 7, 2017......................................................JA143

    5.    Student Performance Evaluation
            Dated March 26, 2018 through May 26, 2018..................JA145

    6.    Student Performance Evaluation
            Dated January 1, 2018 through May 25, 2018..................JA150

    7.    Policy on Academic and Professional Advancement
            Revised July 2018 ..............................................................JA153

    8.    Concern Card
            Dated May 4, 2018...........................................................JA163

    9.    1 Hour Audio Recording of Social Issues in Medicine
            Undated ............................................................................JA164

Exhibits, continued:

10. Email Correspondence
    Various Dates ...................................................................JA165

11. Concern Card
    Dated October 25, 2018 .....................................................JA167

12. Email Correspondence
    Various Dates ...................................................................JA168

13. University of Virginia School of Medicine Minutes
    Dated November 14, 2018 .................................................JA170

14. Academic Standards and Achievement
    Commitment Operating Procedures
    Undated ............................................................................JA171

15. Redacted Jim Tucker's Bio
    Undated ............................................................................JA176

16. Redacted ASAC Committee Members
    Undated ............................................................................JA179

17. Information about Brian W. Behm, MD
    Undated ............................................................................JA181

18. Information about Donna T. Chem, M.D., MPH
    Undated ............................................................................JA183

19. Information about Stephen H. Culp, MD PhD
    Undated ............................................................................JA185

20. Information about Pamila Herrington, M.D.
    Undated ............................................................................JA186

21. Information about Nicolas Intagliata, MD
    Undated ............................................................................JA188

Exhibits, continued:

22.    Information about Dr. Nora Kern
        Undated ........................................................................JA190

23.    Information about Wilson Miller, PhD
        Undated ........................................................................JA191

24.    Information about Barnett R. Nathan, MD
        Undated ........................................................................JA192

25.    Information about Catherine C. Shaffrey, MD
        Undated ........................................................................JA194

Pretrial Order of
The Honorable Norman K. Moon
        Filed October 1, 2019 ..................................................JA196

First Amended Complaint,
With Exhibits,
        Filed February 19, 2020................................................JA203

Exhibits:

2.    Audio Recording of AMWA Microaggression Panel Discussion
        Dated October 25, 2018 ...............................................JA259

9.    Policy on Academic and Professional Advancement
        Revised July 2018 ........................................................JA261

65.    Appeal to Trespass Warning
        Dated July 21, 2019 .....................................................JA272

66.    Email Correspondence between
    Kieran Bhattacharya and Gloria Graham
    Re: Attached Trespass Appeal Decision
        Dated August 7, 2019 ..................................................JA275

Memorandum Opinion of The Honorable Norman K. Moon
        Filed March 31, 2021...................................................JA278

Order of
The Honorable Norman K. Moon
Re: Granting in Part and Denying in Part
Defendants' Motion to Dismiss
     Filed March 31, 2021.................................................................JA317

Report and Recommendations of
Magistrate Judge Joel C. Hoppe
     Filed November 12, 2021 ......................................................JA318

Plaintiff's Objections to Magistrate's Report and Recommendations
     Filed November 26, 2021 ......................................................JA339

Plaintiff's Reply Memorandum in Support of
Plaintiff's Objections to Magistrate's Report and Recommendations
     Filed December 17, 2021........................................................JA352

Memorandum Opinion and Order of
The Honorable Norman K. Moon
Re: Granting in Part and Denying in Part Plaintiff's Motion for
Leave to File Second Amended Complaint and Adopting in
Part Magistrate Judge's Report and Recommendations
     Filed March 16, 2022..............................................................JA366

**VOLUME TWO**

Second Amended Complaint,
With Exhibits,
     Filed March 24, 2022..............................................................JA377

     Exhibits:

    1.    A Printout of the Website Posting under the Heading
        "New AMWA Chapter at the University of Virginia —
        First Event a Success!"
           Dated January 7, 2019......................................JA450

    2.    Audio Recording
           Dated October 25, 2018 ...................................JA456

Second Amended Complaint,
With Exhibits,
    Filed March 24, 2022, continued:

13.    Second Professionalism Concern Card
           Dated October 25, 2018 ....................................................JA458

28.    UVA Medical School's Webpage on "Medical Student Advocacy"
           Undated .............................................................................JA460

36.    Email to Kieran Bhattacharya from Jim Tucker
       Re: Attached ASAC Letter
           dated November 15, 2018 ..................................................JA463

37.    Email Correspondence between
       Kieran Bhattacharya and John Densmore
           dated November 26-27, 2019.............................................JA466

38.    FIRE's Mission Statement
           Undated .............................................................................JA468

40.    Email to Kieran Bhattacharya from R. J. Canterbury
           Dated November 27, 2018 .................................................JA471

41.    Redacted Information about Randolph Canterbury
           Undated .............................................................................JA473

42.    Email to Kieran Bhattacharya from Katherine Yates
           Dated November 28, 2018 .................................................JA480

45.    Academic Standards and Achievement
       Committee Operating Procedures
           Undated .............................................................................JA482

46.    Verizon Telephone Call Log
           Dated November 28, 2018 .................................................JA488

53.    Email to Kieran Bhattacharya from Jim Tucker
       Re: Attached ASAC Letter
           Dated November 29, 2018 .................................................JA490

Second Amended Complaint,
With Exhibits,
    Filed March 24, 2022, continued:

    58.   Letter to Kieran Bhattacharya from Melissa Fielding
            Dated January 2, 2019.......................................................JA494

    59.   Email Correspondence between
        John Densmore and Kieran Bhattacharya
            Dated December 27, 2018 to January 3, 2019...................JA498

    63.   Email to Kieran Bhattacharya from Melissa Fielding
            Dated July 18, 2019 .........................................................JA501

Exhibit to Appeal of Magistrate Judge's Decision
    Filed April 6, 2022:

    A.   Contact Notes of Call from Nicole Ruzek to Poplar Springs
            Dated November 20, 2018 .................................................JA504

Exhibit to Plaintiff's Response to Dr. Hsu's Motion to Quash Verizon Subpoena
    Filed May 27, 2022:

    C.   Excerpts of Deposition of Christine Peterson
            Heard on May 4, 2022 ......................................................JA505

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
    Filed June 22, 2022:

    DX1. Redacted Videoconference Videotaped Deposition of
        Melissa Fielding
            Heard on April 27, 2022 ...................................................JA517

            Examination by Mr. Lockhart...........................................JA528
            Examination by Ms. Thompson.........................................JA571

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
Filed June 22, 2022, continued:

DX2.  Excerpts of Deposition of Kieran Ravi Bhattacharya
           Heard on May 23, 2022 ..................................................JA586

           Examination ......................................................JA588

DX4.  Functions and Structure of a Medical School
        Standards for Accreditation of Medical Education
        Programs Leading to the MD Degree
           Dated July 1, 2018 ............................................JA593

DX5.  University of Virginia Graduate Record of 2018-2019
           Dated June 30, 2021............................................JA634

DX6.  Tech Standard Acknowledgements
           Undated ...............................................................JA652

DX9.  Excerpts of Virtual Video Deposition of
        Pamila A. Herrington, M.D.
           Heard on May 12, 2022 ..................................JA661

           Examination ......................................................JA664

DX10.        Redacted Videotaped Deposition of John Densmore
                  Heard on May 9, 2022 ...............................JA669

                  Examination by Mr. Lockerby................................JA676

DX11.        University of Virginia Official Withdrawal Form
                  Dated February 7, 2017 and February 21, 2017......JA695

DX12.        Email Correspondence
                  Various Dates.............................................JA697

DX13.        Redacted Virtual Video-recorded
             Deposition of Roxanne Bhattacharya
                  Heard on April 23, 2022 ............................JA700

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
  Filed June 22, 2022, continued:

DX15.        Email Correspondence
                 Various Dates...........................................................JA730

DX16.        Redacted Declaration of Christine Peterson, M.D.,
             With Exhibits,
                 Dated June 11, 2022 .................................................JA732

DX17,        Email to
             Victor Soukoulis from
             Christine M. Peterdon
             Re:  Student
                 Dated September 2, 2015.........................................JA738

DX18.        Audio File
                 Undated....................................................................JA740

DX19.        Redacted Email Correspondence
                 Various Dates...........................................................JA741

DX20.        Declaration of Nora G. Kern, M.D.
                 Dated June 10, 2022 ...............................................JA745

DX20-A.     Concern Card
                 Dated October 25, 2018...........................................JA751

DX21.        Email Correspondence
                 Dated October 25, 2018...........................................JA755

DX22.        Email Correspondence
                 Various Dates...........................................................JA758

DX23.        Redacted University of Virginia School of Medicine Minutes
                 Dated November 14, 2018.......................................JA761

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
Filed June 22, 2022, continued:

DX24.      University of Virginia Academic Standards and
Achievement Committee Letter
      Dated November 15, 2018.......................................JA763

DX25.      Email Correspondence
Re:  HEME Final Update
      Dated November 12 2018.......................................JA766

DX26.      Email Correspondence
      Various Dates..........................................................JA769

DX27.      Redacted Letter to
Justice Clark from
Kieran Bhattacharya
Re:  Introduction
      Dated November 25, 2018.......................................JA771

DX29.      Redacted Petition for Involuntary Admission for Treatment
      Dated November 14, 2018.......................................JA774

DX30.      Emergency Custody Order
      Dated November 14, 2021.......................................JA777

DX31.      University of Virginia Police Department Field Case Report
      Dated November 14, 2018.......................................JA779

DX32.      Incident Report
      Dated July 16, 2021 ...............................................JA781

DX33.      Redacted Petition for Involuntary Admission for Treatment
      Dated November 19, 2018.......................................JA784

DX35.      Video
      Undated...................................................................JA791

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
        Filed June 22, 2022, continued:

DX36.        Redacted Email to
             Internal Notification List, Gloria Graham and
             Patricia M. Lampkin
             Re:  Internal Notification – Assist Citizen CEO
                    Dated November 19, 2019 ......................................JA792

DX37.        Excerpts of Videotape Zoom Deposition of
             Patrick L. Stafford, M.D.
                    Heard on April 6, 2022 ...........................................JA794

DX38.        Redacted Temporary Detention Order – Magistrate
                    Dated July 19, 2018 ................................................JA798

DX39.        Report Information
                    Undated ....................................................................JA800

DX40.        Order for Treatment
                    Dated January 13, 2022 ..........................................JA803

DX41.        Discharge Summary
                    Dated November 26, 2018 .......................................JA807

DX42.        Student Participation in Curricular Events
                    Dated June, 2019 ....................................................JA811

DX44.        Email Correspondence
                    Various Dates ..........................................................JA815

DX45.        Email to
             Kieran Bhattacharya from
             R.J. Canterbury
             Re:  Required Process to Attend Class
                    Dated November 27, 2011 .......................................JA817

DX46.        Email to
             R.J. Canterbury from

          John J. Densmore
          Re:  Update
          Dated November 20, 2018........................JA819
Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
          Filed June 22, 2022, continued:

     DX47.        Email Correspondence
          Dated November 27, 2018........................JA821

     DX48.        Declaration of Randolph J. Canterbury, M.D.
          Dated June 9, 2022 ..................................JA823

     DX49.        Email to
          Jim Tucker from
          R.J. Canterbury
          Re:  Subject Emergency ASAC Meeting
          Dated November 27, 2011........................JA827

     DX50.        Email Correspondence
          Dated November 27, 2018........................JA829

     DX51.        Email to
          Kieran Bhattacharya from
          Katherine Yates
          Re:  ASAC Meeting Invite
          Dated November 18, 2018........................JA832

     DX52.        Video
          Undated..................................................JA834

     DX54.        Redacted University of Virginia School of Medicine Minutes
          Dated November 28, 2018........................JA835

**VOLUME THREE**

     DX55.        Redacted Deposition of Christine Peterson
          Heard on May 4, 2022 .............................JA837

          Examination by Mr. Lockerby.................JA849

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
Filed June 22, 2022, continued:

DX56.    Letter to
Kieran Bhattacharya from
Jim B. Tucker
Re: School of Medicine's Technical Standards
Dated November 29, 2018 ........................................ JA870

DX58.    Redacted Declaration,
With Exhibits,
Dated June 10, 2022 ................................................ JA873

DX59.    Redacted Email Correspondence
Dated December 30, 2018 ........................................ JA888

DX61.    Declaration of Jim B. Tucker, M.D.,
With Exhibits,
Dated June 10, 2022 ................................................ JA891

DX63.    Trespass Warning
Dated January 2, 2019 ............................................. JA901

DX64.    Email Correspondence
Various Dates ......................................................... JA905

DX65.    Email to
Virginia Police from
Kieran Bhattacharya
Dated January 8, 2019 ............................................. JA908

DX66.    Email to
Kieran Bhattacharya from
Gloria Graham
Re: Trespass Warning Correspondence
Dated January 11, 2019 ........................................... JA910

DX67.    Email Correspondence
Dated July 7, 2019 .................................................. JA912

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
Filed June 22, 2022, continued:

DX68.        Email Correspondence
                Various Dates.........................................................JA914

DX69.        Email Correspondence
                Various Dates.........................................................JA916

DX70.        Email Correspondence
                Various Dates.........................................................JA919

DX71.        Email Correspondence
                Various Dates.........................................................JA923

DX72.        Email Correspondence
                Various Dates.........................................................JA928

DX73.        Letter to
                Kieran Bhattacharya from
                Gloria Graham
                Re:  Trespass Warning
                Dated August 7, 2019 ............................................JA931

DX75.        Declaration of Brian W. Behm
                Dated June 9, 2022 .................................................JA934

DX76.        Declaration of Robert A. Bloodgood
                Dated June 9, 2022 .................................................JA940

DX77.        Declaration of Sharon Diamond-Myrsten, M.D.
                Dated June 10, 2022 ...............................................JA945

DX78.        Declaration of Nicolas Intagliata
                Dated June 13, 2022 ...............................................JA951

DX79.        Declaration of G. Wilson Miller, Ph.D.
                Dated June 11, 2022 ...............................................JA957

Defendants' Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
      Filed June 22, 2022, continued:

      DX80.       Declaration of Barnett R. Nathan
                  Dated June 12, 2022 ................................JA963

      DX90.       Declaration of Dr. Roger Abounader
                  Dated June 13, 2022 ................................JA969

      DX91.       Redacted Preadmission Face Sheet
                  Dated November 19, 2018 .......................JA975

      DX93.       Redacted Emergency Custody Order
                  Filed November 19, 2018 .......................JA985

Memorandum in Support of Plaintiff's Motion to Compel Production of
Documents Withheld by UVA's "Hybrid" Non-Reporting Expert Witnesses,
With Exhibit,
      Filed July 2, 2022 ...................................................JA987

      Exhibit:

      2.      Email Correspondence
                  Dated November 29, 2018 ...............................JA1015

Exhibits to Plaintiff's Opposition to
UVA's Motion for Summary Judgment
      Filed July 13, 2022:

      PX2.  Email Correspondence
            Re:  Listening Post – General Evaluation
               Dated October 26, 2015 ..................................JA1018

      PX3.  Email Correspondence
            Re:  Listening Post – General Evaluation
               Dated October 28, 2016 ..................................JA1020

Exhibits to Plaintiff's Opposition to
UVA's Motion for Summary Judgment
   Filed July 13, 2022, continued:

PX4.  Excerpts of Transcript of Videotaped Deposition of
      Christine Peterson
            Heard on May 4, 2022 .....................................................JA1022

            Examination by Mr. Lockerby.........................................JA1027

PX5.  Handwritten Notes
            Dated October 31, 2018 .................................................JA1059

PX6.  Notes from Telephone Meeting with John Densmore
            Dated November 20, 2018 ..............................................JA1062

PX7.  Email Correspondence
      Re:  Listening Post – General Evaluation
            Dated October 25-29, 2018..............................................JA1065

PX8.  Randolph Canterbury Tweet
            Dated September 22, 2018...............................................JA1068

PX9.  Excerpts of Transcript of Videotaped Deposition of
      John Densmore
            Heard on May 9, 2022 ...................................................JA1070

            Examination by Mr. Lockerby .......................................JA1075

PX11. Email Correspondence
      Re:  Listening Post – General Evaluation
            Dated October 26, 2016 .................................................JA1083

PX12. Email Correspondence between
      Christine Peterson and Nicole Ruzek
            Dated November 19-20, 2018.........................................JA1086

Exhibits to Plaintiff's Opposition to
UVA's Motion for Summary Judgment
Filed July 13, 2022, continued:

PX14.Excerpts of Transcript of Videotaped Deposition of
Edward Markowski
Heard on April 27, 2022 ..................................................JA1090

Examination by Mr. Slovak .............................................JA1095

PX15.Excerpts of Transcript of Videotaped Deposition of
Nicole Ruzek, Ph. D.
Heard on May 11, 2022 ..................................................JA1107

Examination ..................................................................JA1112

PX19.Email to Meg Keeley, John Densmore, and Sean Reed from
Christine Peterson
Dated January 2, 2009......................................................JA1152

PX23.Email Exchange between Christine Peterson,
Kieran Bhattacharya, and John Densmore
Dated October 25-26, 2018..............................................JA1154

PX27.Excerpts of Transcript of Virtual Video Deposition of
Pamila A. Herrington, M.D.
Heard on May 12, 2022 ..................................................JA1156

Examination ..................................................................JA1158

PX34.Email to Nicole Ruzek from Christine Peterson
Dated November 28, 2014 ...............................................JA1170

PX39.University of Virginia Police Department Detail
Dated December 10, 2021................................................JA1172

PX40.Email Correspondence between
R. J. Canterbury and Jim Tucker
Dated December 29-30, 2018 ..........................................JA1225

Exhibits to Plaintiff's Opposition to
UVA's Motion for Summary Judgment
     Filed July 13, 2022, continued:

     PX41. Email from J. R. Canterbury
          Dated November 3, 2020 ...................................................JA1229

     PX42. Excerpts of Transcript of Videotaped Deposition of
          Randolph Canterbury, M.D.
               Heard on May 24, 2022 ....................................................JA1231

               Examination by Mr. Munisteri.........................................JA1236

     PX43. Email to Kieran R. Bhattacharya from R. J. Canterbury
          Dated November 27, 2018 ...............................................JA1252

Memorandum Opinion of
The Honorable Norman K. Moon
Re: Denying Plaintiff's Appeals of Judge Hoppe's Discovery Orders, Granting
Defendant Rasmussen's Motion to Dismiss, and Granting in Full the UVA
Defendants' Motion for Judgment on the Pleadings
     Filed July 21, 2022 ...............................................................JA1254

Corrected Exhibit 13 to Opposition to UVA's
Motion for Summary Judgment,
With Exhibit,
     Filed July 27, 2022 ...............................................................JA1266

Transcript of Motion for Summary Judgment before
The Honorable Norman K. Moon
     Heard on August 15, 2022 ...................................................JA1269

Memorandum Opinion of
The Honorable Norman K. Moon
     Filed August 19, 2022........................................................JA1312

Order of
The Honorable Norman K. Moon
Re: Granting UVA's Motion for Summary Judgment
     Filed August 19, 2022........................................................JA1332

Administrative Order of
The Honorable Norman K. Moon
Re:  Closing Case
        Filed September 30, 2022 ....................................................................JA1333

Plaintiff's Notice of Appeal
        Filed October 3, 2022 .........................................................................JA1334

**VOLUME FOUR (SEALED)**

Exhibit to Plaintiff's Motion for Leave to File Second Amended Complaint
        Filed June 10, 2021:

    A.    Proposed Second Amended Complaint
                    Dated June 10, 2021 .......................................................JA1336

Exhibit to Plaintiff's Opposition to Defendants' Joint Motion to Compel
        Filed November 17, 2021:

    10.    Email Correspondence
                    Dated November 20, 2018 ...............................................JA1423

Exhibits to Defendants' Joint Reply to Plaintiff's Opposition to
Defendants' Joint Motion to Compel
        Filed November 19, 2021:

    A.    Petition for Involuntary Admission for Treatment
                    Undated ...........................................................................JA1425

    B.    Emergency Custody Order
                    Dated November 14, 2018 ...............................................JA1426

Exhibit to Plaintiff's Objections to Magistrate's Report and Recommendations
        Filed November 26, 2021:

    A.    Letter from
           Christine M. Peterson, MD
           Re:  Angel Hsu's Request for Legal Protection from the
           Aggressive Behavior
                    Dated November 23, 2018 ...............................................JA1427

Exhibits to Plaintiff's Objections to Magistrate's Reports and Recommendations
Filed November 29, 2021:

B.      Fed. R. Evid. 1006 Summary of Angel Hsu's Involvement in
        Alleged Triggering Event Number One
                Undated .........................................................................JA1429

C.      Fed. R. Evid. 1006 Summary of Angel Hsu's Involvement in
        Alleged Triggering Event Number Two
                Undated .........................................................................JA1459

D.      Fed. R. Evid. 1006 Summary of Angel Hsu's Involvement in
        Alleged Triggering Event Number Three
                Undated .........................................................................JA1464

E.      Fed. R. Evid. 1006 Summary of Angel Hsu's Involvement in
        Alleged Triggering Event Number Four
                Undated .........................................................................JA1467

F.      Fed. R. Evid. 1006 Summary of Angel Hsu's Involvement in
        Alleged Triggering Event Number Five
                Undated .........................................................................JA1468

Exhibit to Plaintiff's Memorandum in Support of Motion to Remediate
Defendants' Spoilation of Evidence and Amend Scheduling Order
Filed February 7, 2022:

D.      Email Correspondence
                dated November 27, 2018 ................................................JA1470


F.      Email Correspondence
                Various Dates.................................................................JA1472

Exhibit to Plaintiff's Reply to UVA Defendants' Opposition to Plaintiff's
Spoilation Remediation Motion
Filed February 25, 2022(301):

9.      Email Correspondence

Various Dates ................................................................JA1487

Exhibits to Plaintiff's Opposition to the UVA Defendants'
Motion for Protective Order
    Filed April 20, 2022(368):

    D.     Text Messages
             Dated October 28, 2018 ...................................JA1494

    N.     Email Correspondence
             Various Dates ................................................JA1496

Defendants' Sealed Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
    Filed June 22, 2022:

    DX8.  ED in UVA Emergency Department
             Dated November 19, 2018 ..............................JA1500

**VOLUME FIVE (SEALED)**

Defendants' Sealed Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
    Filed June 22, 2022, continued:

    DX8.  ED in UVA Emergency Department
             Dated November 19, 2018, continued ............................JA1837

**VOLUME SIX (SEALED)**

Defendants' Sealed Exhibits to Memorandum in
Support of Defendants' Motion for Summary Judgment
    Filed June 22, 2022, continued:

    DX8.  ED in UVA Emergency Department
             Dated November 19, 2018, continued ............................JA2338

    DX14.     Medical School Record
             Dated October 11, 2019 ...................................JA2617

DX28.     Summary of Note for Kieran R. Bhattacharya
          Dated November 14, 2018 ....................................JA2619

DX34.     Declaration of Angel Hsu, M.D.
          Dated June 9, 2022 ...............................................JA2690

DX34-B.  Photograph/Screen Capture
          undated.................................................................JA2694

DX34-C.  Text Messages
          Various Dates.......................................................JA2697

DX34-D.  Preliminary Protective Orders – Family Abuse
          Dated November 26, 2018 ....................................JA2701

DX34-E.  LinkedIn Messages
          Dated July 5, 2019 ...............................................JA2712

DX34-F.  Protective Order – Family Abuse
          Dated September 20, 2019....................................JA2717

DX57.     Meeting Notes
          Dated April 2, 2019 .............................................JA2722

Plaintiff's Opposition to UVA's Motion for Summary Judgment
      Filed July 13, 2022 ...............................................................JA2739

Exhibits to Plaintiff's Amended Opposition to
UVA's Motion for Summary Judgment
      Filed July 13, 2022:

PX10. Handwritten Notes
          Dated January 10, 2017....................................JA2797

PX17. Email Correspondence between
        Christine Peterson and Tabitha Enoch
          Dated November 30, 2018 ...............................JA2800

PX21. University of Virginia Progress Notes
          Dated January 8-21, 2017 .................................JA2806

Exhibits to Plaintiff's Amended Opposition to
UVA's Motion for Summary Judgment
Filed July 13, 2022, continued:

PX22.Declaration of Kieran Ravi Bhattacharya
        Dated July 12, 2022 ......................................................JA2808

PX24.Communications to and from John Densmore
        Various Dates.................................................................JA2815

PX25.Text Messages
        Undated ..........................................................................JA2817

PX33.Email Correspondence
        Dated November 20-26, 2018..........................................JA2819

PX46.    Email Correspondence between
        Tabitha Enoch and Christine Peterson
            Dated November 29, 2018....................................JA2832

## VOLUME SEVEN (MEDIA)

Exhibit to First Amended Complaint
    Filed February 19, 2020:

2.      Audio Recording of AMWA Microaggression Panel Discussion
            Dated October 25, 2018 ...................................................JA2836

## EXHIBIT 2

Audio Recording of AMWA Microaggression Panel Discussion
Dated October 25, 2018