THE RECORD NO. 22-1999

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**KIERAN RAVI BATTACHARYA,**

Plaintiff–Appellant,

v.

**JAMES MURRAY, JR., ET AL.,**

Defendants–Appellees.

On Appeal from the United States District Court
for the Western District of Virginia,
No. 3:19-cv-00054-NKM-JH (Moon, N.)

UNOPPOSED MOTION FOR
LEAVE TO FILE SUPPLEMENTAL JOINT APPENDIX

Appellant Kieran Ravi Bhattacharya, by counsel, after consulting with counsel for Appellees, respectfully seeks leave to file the Supplemental Joint Appendix submitted to the Court on March 23, 2023. The Supplemental Joint Appendix was necessitated by the fact that certain designations by Appellees had been inadvertently omitted from the Joint Appendix previously submitted. Appellees do not oppose this motion.

4858-7477-7927.2

Date:  March 31, 2023                    Respectfully submitted,


                                By:  */s/ Michael J. Lockerby*
                                Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W. Suite 600
Washington, D.C. 20007-5109
(202) 945-6079 (Telephone)
(202) 672-5399 (Facsimile)
mlockerby@foley.com

*Counsel for Appellant,*
*Kieran Ravi Bhattacharya*

2

4858-7477-7927.2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of March, 2023, the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT APPENDIX was served on the following counsel of record for Defendants-Appellees, James Murray, Jr., *et al.*, through the CM/ECF system:

> Andrew Nathan Ferguson, Solicitor General
> Erika L. Maley, Principal Deputy Solicitor General
> Kevin M. Gallagher, Deputy Solicitor General
> Rick W. Eberstadt, John Marshall Fellow
> OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
> 202 North 9th Street
> Richmond, Virginia 23219

/s/ Michael J. Lockerby
Michael J. Lockerby